**Electronically Filed
Supreme Court
SCWC-15-0000156
15-NOV-2018
07:50 AM**

SCWC-15-0000156

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

IOSEFA MEAFUA PASENE,
Petitioner/Defendant-Appellant,

and

ZORRO R. RYE, aka Zorro Ramon Rye,
Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000156; CR. NO. 09-1-0472)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Viola, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Iosefa Meafua Pasene's

application for writ of certiorari filed on October 1, 2018, is

hereby accepted, and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 15, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Matthew J. Viola